STATE OF CONNECTICUT *v.* JAMES C. SERVELLO

MCDONALD, C. J., and KATZ, SULLIVAN and VER-TEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Jon Schoenhorn,* in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided October 25, 2000

IN RE CHEYENNE A.

*Norman A. Pattis,* in support of the petition.

*Eugene P. Falco* and *Susan T. Pearlman,* assistant attorney general, in opposition.

Decided October 25, 2000

SUSAN POSPISIL *v.* EDWARD POSPISIL

PALMER and VERTEFEUILLE, Js., did not partici-pate in the consideration or decision of this petition.

*C. Michael Budlong* and *Campbell D. Barrett,* in support of the petition.

Decided October 25, 2000

## KATHRYN LUCAS *v.* GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Albert E. Sheary,* in support of the petition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* GREGORY MATHIS

*Del Atwell,* special public defender, in support of the petition.

*Robin S. Schwartz,* special deputy assistant state's attorney, in opposition.

Decided October 25, 2000

## DONALD L. FRANCO *v.* EAST SHORE DEVELOPMENT, INC., ET AL.

## EAST SHORE DEVELOPMENT, INC. *v.* DONALD L. FRANCO